JOSEPH SCHUESSLER, as Administrator, etc., Respondent, v. AUGUSTE T. RIEDINGER and Another, as Temporary Administrators, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

In the Matter of the Judicial Settlement of the Accounts of GEORGE A. WILLIAMS and GRANVILLE W. WILLIAMS, as Executors, etc., of MARY E. S. WILLIAMS, Deceased. GRANVILLE W. WILLIAMS, Individually and as Executor, etc., Appellant; ALICE W. SMITH and Others, Respondents.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MARGARET PARKER, Respondent, v. MARIA A. PFISTER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

PATRICK WHITE, Respondent, v. PETER P. CAPPEL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

ROBERT ADAMSON, as Fire Commissioner of the City of New York, Respondent, v. EDWARD H. PRENTICE and Others, as Executors, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

FREDERICK L. ZIMMERMAN, Respondent, v. FREIGHTERS TRANSPORTATION COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

HERMAN F. SCHELLING, Respondent, v. LEWIS H. ROGERS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THOMAS LEO MCCONNELL, an Infant, by THOMAS J. MCCONNELL, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THOMAS J. MCCONNELL, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

DAVID SILBERSTEIN and Others, Copartners, etc., Respondents, v. SPENCER ALDRICH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

EDWARD B. THOMPSON, Appellant, v. CARL W. HAMILTON and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin and Smith, JJ., dissented.